**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA, CENTRAL DIVISION**

| | |
|---|---|
| DAVID G. SOOKDEO,<br><br>Plaintiff,<br><br>v.<br><br>WINNEBAGO INDUSTRIES, INC.; CUMMINS POWER GENERATION, INC.; and MERCEDES-BENZ USA, LLC,<br><br>Defendants. | Case No. _____________<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1332(a), 1441, 1446, and 15 U.S.C. §§ 2301, *et seq.*, Defendant Cummins Power Generation, Inc. ("Cummins") hereby removes this action from the Iowa District Court for Polk County, Iowa, styled as *Sookdeo v. Winnebago Indus., Inc., et al.*, Case No. EQCE089553 (the "State Court Action") to the United States District Court for the Southern District of Iowa, Central Division. As grounds for removal, Cummins hereby states as follows:

**BACKGROUND**

1. The Petition in the State Court Action was filed on November 2, 2023, and served on Cummins on or after December 8, 2023. In accordance with 28 U.S.C. § 1446(a) and LR 81(a), copies of the *Complaint and Jury Demand* (hereinafter "Complaint") and all other state court filings are attached hereto as Exhibit A.

2. The State Court Action generally alleges Plaintiff David Sookdeo ("Sookdeo") purchased a motorhome with numerous mechanical and structural defects. Sookdeo alleges causes of action for state law breach of express warranty and breach of the federal Magnuson-Moss Warranty Act. Attached and incorporated into the Complaint is an alleged purchase

agreement that shows Sookdeo paid $148,336.50 for the motorhome, exclusive of state and local taxes. (Complaint ¶ 6, Ex. A.) Sookdeo seeks both damages and a refund of the purchase price of the motorhome (*Id.* Prayer for Relief (1)–(2)).

3. In accordance with 28 U.S.C. § 1441(b)(1), this Notice of Removal is being timely filed within thirty (30) days of Cummins' receipt of service of the Complaint. (Ex. A.)

**REMOVAL IS PROPER UNDER FEDERAL QUESTION JURISDICTION**

4. Removal of the State Court Action is proper under 28 U.S.C. §§ 1331 and 1441 because the Complaint asserts a claim for damages under the Magnuson-Moss Warranty Act, *as codified* 15 U.S.C. §§ 2301, *et seq.*, over which the United States District Courts have original jurisdiction where the amount in controversy exceeds $50,000.00. *See* 15 U.S.C. § 2310(d).

5. Because Sookdeo demands a refund of the purchase price of the motor home—at least $148,336.50—the amount in controversy exceeds $75,000.00. Sookdeo also seeks actual damages, attorney's fees, and costs. (*See* Complaint, Prayer for Relief.)

**REMOVAL IS ALSO PROPER UNDER FEDERAL DIVERSITY JURISDICTION**

6. Removal of the State Court Action is also proper under 28 U.S.C. §§ 1332(a) and 1441 because complete diversity of citizenship exists between the plaintiff and co-defendants and the amount in controversy exceeds $75,000.00.

7. The Complaint alleges Sookdeo is a resident of Florida.

8. Cummins is not a resident of the State of Florida for purposes of diversity jurisdiction.

9. Co-defendants Winnebago Industries, Inc. ("Winnebago") and Mercedes-Benz USA, LLC ("Mercedes") are not residents of the State of Florida for purposes of diversity jurisdiction.

10. Complete diversity of citizenship therefore exists between Sookdeo and the named defendants in this matter.

11. Upon information and belief, none of Cummins, Winnebago, and Mercedes are residents of Iowa, the forum state of this action.

12. Because Sookdeo demands a refund of the purchase price of the motor home—at least $148,336.50—the amount in controversy exceeds $75,000.00. Sookdeo also seeks actual damages, attorney's fees, and costs. (*See* Complaint, Prayer for Relief.)

**VENUE IS PROPER IN THIS COURT**

13. Venue is proper in this Court because it is the district court for the district and division of the State Court Action—the Iowa District Court for Polk County, Iowa. 28 U.S.C. § 1446(a).

**REMOVAL IS PROCEDURALLY PROPER**

14. Pursuant to 28 U.S.C. § 1446(b)(2), all properly joined and served defendants consent to removal of the State Court Action. Signed consents from Winnebago and Mercedes are attached hereto as Exhibit B and Exhibit C.

15. Undersigned counsel certifies that in accordance with 28 U.S.C. § 1446(d), concurrent with the filing and service of this Notice of Removal, notice has been filed with the Clerk of Court for the Iowa District Court for Polk County, Iowa. A copy of said notice is attached hereto as Exhibit D.

16. Undersigned counsel further certifies that in accordance with 28 U.S.C. § 1446(d), concurrent with the filing and service of this Notice of Removal, notice has been served upon counsel for Plaintiff, Stephen Murray of Lemon Law Group Partners, LLC.

17. By removing this action from the Iowa District Court for Polk County, Iowa, Cummins does not waive any defenses available to it.

18. By removing this action from the Iowa District Court for Polk County, Iowa, Cummins does not admit any of the allegations in the Complaint.

19. Pursuant to LR 81(a), there are currently no motions pending in the state court that will require resolution by this Court. The names of all counsel and law firms that have appeared in the State Court Action are attached hereto as Exhibit E. Pursuant to LR 81(c), Cummins will file a disclosure statement in compliance with LR 7.1(d) within 21 days of filing this Notice of Removal.

20. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Cummins will plead, move, or otherwise respond to the Complaint within seven (7) days of this Notice of Removal being filed, or will timely move this Court for an extension of time to respond.

**WHEREFORE**, Defendant Cummins Power Generation, Inc. hereby removes the above-captioned action from the Iowa District Court for Polk County, Iowa, to the United States District Court for the Southern District of Iowa, Central Division.

*Signature Block on Next Page*

Dated: January 5, 2024.

By:

Joseph R. Quinn
Iowa Bar No. AT0015363
*joseph.quinn@faegredrinker.com*
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone: +1 515 248 9000
Facsimile: +1 515 248 9010

*Attorney for Defendant Cummins Power Generation, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing was served by electronic mail, this 5th day of January 2024 upon the following:

Stephen Murray
Lemon Law Group Partners PLC
PO Box 3626
Urbandale, IA 50323
smurray@lemonlawgrouppartners.com
eservice@lemonlawgrouppartners.com
*ATTORNEY FOR PLAINTIFF DAVID SOOKDEO*

Katie L. Graham
Dana W. Hempy
NYEMASTER, GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
kgraham@nyemaster.com
dhempy@nyemaster.com
*ATTORNEYS FOR DEFENDANT MERCEDES-BENZ USA, LLC*

Hans Pijls
DINSMORE & SHOHL LLP
300 N. 5th Ave, Suite 120
Ann Arbor, MI 48104
Hans.pijls@dinsmore.com
*ATTORNEY FOR DEFENDANT WINNEBAGO INDUSTRIES, INC.*