IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA, CENTRAL DIVISION

| | |
|---|---|
| DAVID G. SOOKDEO, <br><br> Plaintiff, <br><br> v. <br><br> WINNEBAGO INDUSTRIES, INC.; CUMMINS POWER GENERATION, INC.; and MERCEDES-BENZ USA, LLC, <br><br> Defendants. | Case No. 4:24-CV-0006-RGE-SBJ <br><br> **JOINT NOTICE OF SETTLEMENT** |

Pursuant to LR 41(b), notice is hereby given to the Court that Plaintiff David G. Sookdeo ("Sookdeo") and Defendant Cummins Power Generation, Inc. ("Cummins") have agreed to resolve all pending claims and counterclaims between Sookdeo and Cummins via private settlement agreement. The parties anticipate that they will file a Joint Stipulation of Dismissal with Prejudice within thirty (30) days of this filing.

Respectfully submitted, June 18, 2024.

| | |
|---|---|
| */s/ Joseph R. Quinn* <br> Joseph Quinn, AT0015363 <br> *joe.quinn@faegredrinker.com* <br> Faegre Drinker Biddle & Reath LLP <br> 801 Grand Avenue, 33rd Floor <br> Des Moines, IA 50309 <br> Telephone: (515) 447-4705 <br> Facsimile: (515) 248-9010 | */s/ Stephen Murray* <br> Stephen Murray, AT0013292 <br> Lemon Law Group Partners <br> PO Box 3626 <br> Urbandale, IA 50323 <br> Telephone: (402) 541-5867 <br> Facsimile: (888) 809-7010 <br> *Smurray@lemonlawgrouppartners.com* |
| Ruben I. Gonzalez (admitted *pro hac vice*) <br> *Ruben.gonzalez@faegredrinker.com* <br> Faegre Drinker Biddle & Reath LLP <br> 320 South Canal Street <br> Chicago, IL 60606 <br> Telephone: (312) 569-1000 <br> Facsimile: (515) 248-9010 | **ATTORNEY FOR PLAINTIFF DAVID G. SOOKDEO** |
| **ATTORNEYS FOR DEFENDANT CUMMINS POWER GENERATION, INC.** | |

-2-

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on June 18, 2024 a true and correct copy of the foregoing was filed electronically with the Clerk of Court and served upon counsel of record via ECF. I further hereby certify a true and correct copy of the foregoing was served by electronic mail, this 18th day of June 2024 upon the following:

Stephen Murray
Lemon Law Group Partners PLC
PO Box 3626
Urbandale, IA 50323
smurray@lemonlawgrouppartners.com
eservice@lemonlawgrouppartners.com
*ATTORNEY FOR PLAINTIFF DAVID SOOKDEO*

                 */s/ Joseph R. Quinn*